ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ
Assistant United States Attorney
California Bar Number 229637
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2729
    Facsimile: (213) 894-0115
    E-mail: Valerie.makarewicz@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRANCE K. WATANABE,<br><br>    Defendant. | No. CV 12-04868 SVW (Ex)<br><br>JUDGMENT FOR THE UNITED STATES OF AMERICA<br>**JS-6** |

Based upon the Stipulation for Entry of Judgment filed by the parties in this case, **IT IS HEREBY ORDERED:**

    1. Judgment is hereby entered against defendant TERRANCE K. WATANABE in favor of the United States of America in the amount requested by the United States of America in its Complaint filed on June 6, 2012, which is $1,044,650.44, plus

accrued statutory interest, ($68,033.54 as computed through May 1, 2012), which will continue to accrue until paid in full.

    a. Under 26 U.S.C. § 6602, the United States is also entitled to recover interest on an erroneous refund at the rate set forth in 26 U.S.C. § 6621.  Statutory interest includes prejudgment interest until the date of judgment and post-judgment interest thereafter, until payment in full is received by the IRS.

2. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: June 24, 2013                        _____
                                                   STEPHEN V. WILSON
                                                   United States District Judge

Respectfully submitted,
ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____/S/_____
VALERIE L. MAKAREWICZ
Assistant United States Attorney